# UNITED STATES DISTRICT COURT
## District of Kansas

IN THE MATTER OF THE SEARCH OF
A RESIDENCE LOCATED AT
507 E. PARK STREET, APARTMENT 21,
OLATHE, KANSAS  66061

Case No. 22-mj-08259-ADM

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

### INTRODUCTION AND AGENT BACKGROUND

1.       I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 for a search warrant authorizing the examination of property as described in Attachment A, namely, a residence located at the following address: 507 E. Park Street, Apartment 21, Olathe, Kansas 66061 and the seizure from that property of evidence, fruits, and/or instrumentalities of the crimes described in the affidavit and Attachment B. Based on the facts set forth in this affidavit, I believe that the residence is presently being used in furtherance of violations of Title 21, United States Code, Sections 841(a)(1) and 846, namely, conspiracy to possess and distribute, and possession of and distribution of, illegal controlled substances, Title 18, United States Code, Section 924(c), namely, possession of firearms in furtherance of a drug trafficking offense, and Title 18, United States Code, Section 922(g), namely, possession of a firearm by a prohibited person.

I submit that there is probable cause to believe a search of the residence will lead to evidence, fruits, and instrumentalities of the aforementioned crimes.

2.      I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3.      I am a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) currently assigned to the Safe Streets Task Force (SSTF) of the Topeka, Kansas Resident Agency. I have been a Law Enforcement Officer in the State of Kansas since 2012.  As a TFO with the FBI, and being assigned to the SSTF, my official duties include, but are not limited to, investigations of violations of various Federal and State criminal laws, including criminal violations of the Controlled Substances Act ("CSA") and criminal enterprises. I have participated in numerous gang investigations and controlled substances violations, including unlawful possession with intent to distribute controlled substances, distribution of controlled substances, use of communication facilities to commit controlled substance offenses, importation of controlled substances, conspiracy to import, possess and distribute controlled substances, along with investigations surrounding person(s) prohibited from possessing firearms, and person(s) in possession and/or in use of a firearm(s) in furtherance of a controlled substance, all in violation of Title 21 and Title 18, United States Code.

**CURRENT INVESTIGATION**

4.      Evidence, investigation, and intelligence have established that there is probable cause to believe that Aaron Lee Kolster has committed the offenses described

2

above and that a search of the residence described in Attachment A will lead to evidence, fruits and/or instrumentalities of violations of federal law.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## **PROBABLE CAUSE**

6.      In November of 2018, the Lawrence Kansas Police Department (LPD) and Douglas County Sheriff's Office (DGSO) joint Drug Enforcement Unit (DEU) began an investigation into subject, Aaron Lee Kolster (KOLSTER), date of birth (DOB) May 28, 1982, law enforcement was provided with information pertaining to KOLSTER distributing large quantities of methamphetamine.

7.      In February of 2019, law enforcement identified an address for KOLSTER at 1942 Stewart Avenue, Apartment F2, Lawrence, Kansas.

8.      Throughout the month of February 2019, physical surveillance on KOLSTER and his apartment located at 1942 Stewart Avenue, Apartment F2, Lawrence, Kansas, were conducted by the DEU.  Through the course of the investigation, law enforcement learned KOLSTER was issued a federal arrest warrant for a probation violation while on supervised release in the United States District Court for the Western District of Missouri, Case No. 13-00408-05-CR-W-DW.  Western District of Missouri, Case No. 13-00408-05-CR-W-DW is related to a federal conviction of KOLSTER,

3

pertaining to felon in possession of a firearm Title 18 United States Code (U.S.C.) 922(g)(1).

9.      On February 20, 2019, LPD Officer Kristen Kennedy (Kennedy) obtained a search warrant through the Douglas County Kansas District Court for a tracking device to be placed on KOLSTER's vehicle.  On February 26, 2019, Officer Kennedy placed the tracking device on KOLSTER's vehicle.

10.     On February 28, 2019, LPD Officer Kennedy was granted a search warrant for KOLSTER's apartment and vehicle.

11.     On March 1, 2019, with the assistance of the United States Marshals Service and other law enforcement personnel, a vehicle stop was conducted on KOLSTER who was driving a U-Haul at the time.  The traffic stop on KOLSTER was conducted on Kansas Highway 10 (K10), just west of Eudora, Kansas in the District of Kansas.  At the time of the traffic stop, KOLSTER was still wanted for an outstanding federal arrest warrant.

12.     Drug Enforcement Agency (DEA) Special Agent (SA) Mike Rupe and LPD Officer Kennedy conducted an interview with KOLSTER.  KOLSTER was read his *Miranda* Rights.   KOLSTER waived his rights and was willing to speak with investigators.  KOLSTER reported approximately two (2) days prior, he traveled to Kansas City and met with "Luis" (LNU), aka "Nitro" and received approximately eight (8) ounces of methamphetamine for approximately $300.00 per ounce.  KOLSTER provided consent to search the U-Haul and advised he possessed approximately two (2)

4

ounces of methamphetamine in a backpack in the rear compartment of the U-Haul.  It was later confirmed approximately 67 grams of methamphetamine was in the U-Haul.

13.    KOLSTER admitted to being in possession of an AR-15 rifle and a GLOCK handgun (both belonging to him), along with approximately three (3) ounces of methamphetamine located in a safe in the bedroom of his apartment (1942 Stewart Avenue, Apartment F2, Lawrence, Kansas).  KOLSTER provided the safe code.

14.    On March 1, 2019, a search warrant issued through the Douglas County Kansas District Court was executed on KOLSTER'S apartment at 1942 Stewart Avenue, Apartment F2, Lawrence, Kansas, in which approximately 87 grams of methamphetamine and a Glock 22 handgun, .40 caliber, serial number (S/N): BMG658 were in the safe.  An Anderson Manufacture Rifle (AR-15), .223 caliber serial number (S/N): 14161181 was located under KOLSTER's bed.  It was later confirmed approximately 67 grams of methamphetamine was in the U-Haul.

15.    Upon concluding the search of the U-Haul driven by KOLSTER and the search warrant execution at KOLSTER's apartment, (1942 Stewart Avenue, Apartment F2, Lawrence, Kansas) the following quantities/pre-laboratory weight of methamphetamine and firearms were documented:

- Three (3) plastic Ziploc bags containing 27 grams, 11 grams, and 29 grams of methamphetamine, located in the U-Haul from the vehicle stop.

- Three (3) plastic Ziploc bags containing 29 grams, 29 grams, 29 grams of methamphetamine, located in KOLSTER's bedroom safe.

- Glock 22 handgun, .40 caliber, S/N: BMG658 (Located in the gun safe in KOLSTER's bedroom by the methamphetamine).

- Anderson Manufacturer Rifle AR-15, .223 caliber, S/N: 14161181 (Located under KOLSTER's bed).

16.     Based on your Affiant's training and experience, your Affiant knows that drug distributors will often possess firearm(s) for their safety and to protect their drug product(s).

17.     DNA swabs of the Glock 22 handgun, .40 caliber, S/N: BMG658 and Anderson Manufacturer Rifle AR-15, .223 caliber, S/N: 14161181 were submitted to the Kansas Bureau of Investigation (KBI) Laboratory for DNA testing.  The results of the DNA test determined KOLSTER's DNA was present on both firearms.

18.     The methamphetamine was also submitted to the KBI Laboratory for purity testing, which determined approximately 150.7 grams of methamphetamine (net weight) were seized from the U-Haul driven by KOLSTER, along with the methamphetamine seized from KOLSTER's apartment (1942 Stewart Avenue, Apartment F2, Lawrence, Kansas).

19.     Additional miscellaneous narcotics associated with this investigation were seized from KOLSTER's apartment during the execution of the residential search warrant at 1942 Stewart Avenue, Apartment F2, Lawrence, Kansas on March 1, 2019.

20.     On Wednesday, November 16, 2022, your Affiant presented the investigation conducted by the Lawrence, Douglas County Kansas Drug Enforcement Unit (DEU) to a Federal Grand Jury in the District of Kansas for consideration of Count

6

1 related to Title 21, United States Code (U.S.C.) 841(a)(1) & 841(b)(1)(A)(viii) – *Possession of Methamphetamine with intent to distribute*, Count 2 related to Title 18, United States Code (U.S.C.) 924(c) – *Possession of a firearm in furtherance of drug trafficking*, and Count 3 related to Title 18, United States Code (U.S.C.) 922(g) – *Possession of Firearm by a Prohibited person*. The Grand Jury proceeding resulted in a True Bill (Indictment).

21.     On Wednesday, November 16, 2022, a federal arrest warrant was issued in the United States District Court for the District of Kansas for Aaron Lee KOLSTER, pursuant to federal arrest warrant case number: 22-20061-1-HLT-TJJ.

22.     On Friday, November 18, 2022, at approximately 5:00 AM, Federal Bureau of Investigation (FBI) Surveillance Operation Group (SOG) conducted surveillance of KOLSTER's residence, located at 507 East Park Street Apartment #21 Olathe, Johnson County, Kansas, 66061.  FBI SOG informed your Affiant that KOLSTER's Chevrolet Impala with Kansas registration number 060NPN and motorcycle were currently parked in the parking lot of the apartment. Federal Bureau of Investigation (FBI) executed the federal arrest warrant of Aaron Lee KOLSTER at his residence located at 507 East Park Street Apartment #21 Olathe, Johnson County, Kansas, 66061.

23.     Upon executing the knock and announce, no individual(s) made themselves known to law enforcement.  FBI SWAT personnel made several announcements and provided a reasonable amount of time for subject(s) to make themselves known and provide the opportunity for individual(s) to exit the residence and comply with law enforcement

7

request. Upon failing to contact anyone at the residence, FBI SWAT breached the front door to the residence. Law enforcement continued making announcements, as FBI SWAT breached the front door and began their entrance into the residence. A short time later, KOLSTER appeared in the front room of the residence and FBI SWAT members made contact with KOLSTER and arrested KOLSTER without incident.

24.     Upon FBI SWAT members making entry into the residence at 507 East Park Street Apartment #21 Olathe, Johnson County, Kansas, 66061. Inside the living room, in plain-view, FBI SWAT members observed what appeared to be firearms and what appeared to be illegal narcotics and drug paraphernalia. FBI Swat members conducted a sweep of the residence, based on the items observed in plain view to ensure that no one else was inside the residence hiding from law enforcement and to prevent the potential destruction of evidence. FBI SWAT team members did not locate any additional subject(s) within the residence.

25.     FBI SWAT requested the case agent (your Affiant) to make contact with KOLSTER and point out the items observed by in plain view by FBI SWAT.

26.     FBI SWAT noted the following items in plain view:

- In the living room, a black assault rifle (possibly a BB Gun/Pellet Gun) on a firearm mount on a tool bench, along with other firearm related tools.

- On a coffee table inside the living room, two syringes loaded with a clear liquid substance, along with four loaded rifle magazines loaded with ammunition.

8

- In the living room, on an entertainment stand, a tan in color handgun (possibly a BB/Pellet Gun).

- In the living room on various end tables, several glass smoking pipes with burnt residue, a clear glass plate with white powdery substance next to a glass smoking pipe, a cellular telephone, plugged into a charging port. The cell phones screen saver was illuminated, which included a photograph of a handgun.

- In the living room, in plain-view under the couch, an M4 Assault Rifle with scope. The firearm had a rifle magazine inserted and appeared to be a real or functional firearm.

- In the northeast bedroom on a small shelving unit, a black suppressor/silencer, commonly used to be attached to a firearm to dampen the concussion/sound of the firearm.

- In the northeast bedroom, FBI SWAT observed two small safes and a television monitor with live feed of exterior/interior surveillance cameras (i.e. closed circuit television (CCTV) . Based on your Affiant's training and experience, drug dealer's often use surveillance cameras for protection and to observe law enforcement actions to avoid being apprehended or in this case to attempt to destroy evidence.

- In the northwest bedroom, FBI SWAT observed a third small safe in plain view. Based on your Affiant's training and experience, and the prior

investigation(s) involving KOLSTER, your Affiant knows it is common for drug dealers to store illegal narcotics within a secured safe. KOLSTER provided investigators with the combinations to the safes within the apartment.

27.     Based on your Affiant's training and experience, your affiant knows that drug distributors will often possess firearm(s) for their safety and to protect their drug product(s). Affiant also knows that based on the overall investigation surrounding KOLSTER, and his history of possessing a firearm when prohibited, affiant requests the search and seizure of any firearm(s), firearms accessories, and/or ammunition.

28.     FBI personnel and other law enforcement secured the residence at 507 East Park Street, Apartment #21, Olathe, Johnson County, Kansas, 66061 and are continuing to hold/secure the residence pending the application of said search warrant.

29.     At approximately 06:30 AM, on November 18, 2022, KOLSTER was transported to the Olathe Kansas Police Department, 501 E. Highway 56, Olathe, Kansas for an interview. KOLSTER was interviewed by Federal Bureau of Investigation (FBI) Task Force Officer's Patrick Salmon (Salmon) and Justin Broxterman (Broxterman). KOLSTER was advised his *Miranda* Rights and agreed to speak with investigators. KOLSTER confirmed he is the resident of 507 East Park Street, Apartment #21, Olathe, Johnson County, Kansas, 66061. KOLSTER admitted within the apartment, he was in possession of a bag of methamphetamine in a coffee table drawer, marijuana, "Shrooms," liquid steroids, and advised the two loaded syringes on the coffee table in the living room

are methamphetamine. KOLSTER admitted to being a user of methamphetamine, by both smoking and injecting methamphetamine. KOLSTER also admitted to being a marijuana user. KOLSTER admitted to distributing small amounts of miscellaneous narcotics. KOLSTER confirmed the only functional firearm is the M4 Rifle located under the living room couch, but advised the firearm belonged to a friend and he was currently working on the firearm. KOLSTER confirmed the other firearms in the residence were BB Guns/Pellet Guns (tan handgun and rifle on toolbox in the living room). Pertaining to what appeared to be a firearm suppressor/silencer, KOLSTER could not exactly articulate what the item was, but advised it was not a suppressor.

30.     Your affiant respectfully that a Search Warrant issue authorizing the search of the residence, more fully described in Attachment A and seizure of the property fully described in Attachment B.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Respectfully submitted,

Ryan M. Padilla
Task Force Officer
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 18, 2022

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge